OSCAR ECKLER et al., as Administrators of the Estate of INA M. ECKLER, Deceased, Respondents, *v.* THE ROCHESTER PACKING COMPANY, Appellant, and THE VILLAGE OF ILION, Respondent, Impleaded with Another.

(Argued March 20, 1934; decided April 27, 1934.)

*W. W. Guile* and *Arthur J. Foley* for appellant.
*Carl W. Peterson* for plaintiffs-respondents.
*Ralph A. Peters* for defendant-respondent.

Appeal as to Village of Ilion dismissed, with costs; otherwise judgment affirmed, with costs. No opinion.

Concur: POUND, Ch. J., LEHMAN, HUBBS and CROUCH, JJ. Dissenting: CRANE and O'BRIEN, JJ. Not sitting: KELLOGG, J.